JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARQUISE BAILEY,<br><br>                     Plaintiff,<br><br>    v.<br><br>KRUPA MANAGEMENT LLC, *et al.*,<br><br>                     Defendants. | Case No. 2:25-cv-08699-FLA (PDx)<br><br>**ORDER DISMISSING ACTION [DKT. 23]** |

1

On November 21, 2025, Plaintiff Marquise Bailey ("Plaintiff") filed a Request for Dismissal of Entire Action (Dkt. 23, "Request for Dismissal"), requesting the court dismiss the action without prejudice pursuant to Fed. R. Civ. P. 41(a)(2) ("Rule 41(a)(2)"), which allows the court to dismiss an action "at the plaintiff's request only by court order, on terms that the court considers proper. … Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice."

As Defendant has not filed an opposition to the Request for Dismissal, the court hereby GRANTS Plaintiff's Request for Dismissal and VACATES all pending dates and deadlines and DISMISSES the action without prejudice. *See* Fed. R. Civ. P. 41(a)(2). The court retains jurisdiction to vacate this Order and to reopen the action within thirty (30) days from the date of this Order, should Defendant file timely an objection to the dismissal.

IT IS SO ORDERED.

Dated: December 2, 2025

FERNANDO L. AENLLE-ROCHA
United States District Judge

2